IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED

2026 JUN 12 PM 2:54

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

---

RICHARD PRICE,

    Plaintiff,

v.                     Civil Action No. 3:26cv-808

OFFICER T. McGLOFFLIN, individually and

in his official capacity; and the

METROPOLITAN GOVERNMENT OF

NASHVILLE AND DAVIDSON COUNTY,

    Defendants.

---

### COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### 42 U.S.C. § 1983
### JURY TRIAL DEMANDED

---

Plaintiff Richard Price, proceeding pro se, respectfully submits this Complaint against the above-named Defendants and alleges as follows:

## I. JURISDICTION AND VENUE

1. This action arises under the Fourth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983.

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), as the events giving rise to this action occurred in Nashville, Davidson County, Tennessee.

## II. PARTIES

4. Plaintiff Richard Price is a resident of Nashville, Tennessee, residing at 1731 C Underwood Street, Nashville, TN 37208.

5. Defendant Officer T. McGlofflin was at all relevant times a law enforcement officer employed by the Metropolitan Nashville Police Department (MNPD), acting under color of state law. He is sued in both his individual and official capacity.

6. Defendant Metropolitan Government of Nashville and Davidson County is a governmental entity organized under the laws of the State of Tennessee, responsible for the policies, practices, and

customs of the MNPD.

## III. STATEMENT OF FACTS

7. Prior to the incident described herein, Plaintiff had reported repeated criminal activity to MNPD, including trespass, theft, stalking, and threats involving a weapon directed at Plaintiff at his residence.

8. Law enforcement failed to adequately respond to or investigate Plaintiff's prior reports, leaving Plaintiff without police protection at his own home.

9. On or about June 13, 2025, Defendant Officer T. McGlofflin arrested Plaintiff at his residence.

10. At the time of the arrest, Plaintiff was acting in self-defense and in defense of his property in response to an immediate threat.

11. Defendant McGlofflin arrested Plaintiff without probable cause. The arrest was made notwithstanding Plaintiff's lawful conduct, ignored the prior reports Plaintiff had filed, and disregarded the immediate threat circumstances Plaintiff faced.

12. The arrest constituted a deprivation of Plaintiff's rights, privileges, and immunities secured by the Fourth and Fourteenth Amendments to the United States Constitution.

## IV. CLAIMS FOR RELIEF

### COUNT I — FALSE ARREST / UNLAWFUL SEIZURE (Fourth Amendment, 42 U.S.C. § 1983)

13. Plaintiff incorporates by reference all preceding paragraphs.

14. Defendant McGlofflin, acting under color of state law, seized and arrested Plaintiff without probable cause in violation of the Fourth Amendment to the United States Constitution.

15. As a direct and proximate result of this unlawful arrest, Plaintiff suffered damages including but not limited to loss of liberty, emotional distress, humiliation, and other injuries.

### COUNT II — DUE PROCESS VIOLATION (Fourteenth Amendment, 42 U.S.C. § 1983)

16. Plaintiff incorporates by reference all preceding paragraphs.

17. Defendant McGlofflin's conduct, including the arbitrary enforcement of law against Plaintiff while ignoring Plaintiff's prior reports of criminal activity against him, deprived Plaintiff of liberty without due process of law in violation of the Fourteenth Amendment.

18. The Metropolitan Government, through its policies and customs, permitted and ratified such conduct, making it liable under Monell v. Department of Social Services, 436 U.S. 658 (1978).

## V. RELIEF REQUESTED

WHEREFORE, Plaintiff Richard Price respectfully requests that this Court:

a) Award compensatory damages against Defendants in an amount to be determined at trial;

b) Award punitive damages against Defendant McGlofflin individually for his willful and reckless disregard of Plaintiff's constitutional rights;

c) Issue declaratory relief stating that Defendants' conduct violated Plaintiff's constitutional rights;

d) Award any other relief this Court deems just and proper.

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted,

Richard Price, Pro Se

1731 C Underwood Street

Nashville, TN 37208

(615) 530-7700

thegreatandpowerfulloz1@gmail.com

Date: June 12, 2026

EMERGENCY CIVIL RIGHTS COMPLAINT PACKET

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

Plaintiff:

Richard Price

1731 C Underwood St

Nashville, TN 37208

thegreatandpowerfulloz1@gmail.com

(615) 530-7700

Defendants:

Officer T. McGlofflin

Metropolitan Government of Nashville and Davidson County

COMPLAINT UNDER 42 U.S.C. § 1983

JURISDICTION:

This action arises under the Constitution and laws of the United States.

STATEMENT OF FACTS:

Plaintiff reported repeated criminal activity including trespass, theft, stalking, and threats involving a weapon. Law enforcement failed to respond adequately. Plaintiff was later arrested at his residence during an incident involving immediate threat circumstances. Plaintiff acted in self-defense and defense of property. Plaintiff alleges arrest lacked probable cause and ignored prior reports.

CLAIMS:

False arrest under the Fourth Amendment.

Due process violations under the Fourteenth Amendment.

Arbitrary enforcement of law.

RELIEF REQUESTED:

Compensatory damages.

Punitive damages.

Declaratory relief.

JURY DEMAND:

Plaintiff demands trial by jury.

Respectfully submitted,

Richard Price